**UNITED STATES of America,**
**Plaintiff Appellee,**

·v.

**David HEREDIA–HOLGUIN,**
**Defendant Appellant.**

**No. 14–10846.**

United States Court of Appeals,
Fifth Circuit.

Oct. 16, 2015.

Brian W. McKay, Esq., James Wesley Hendrix, Assistants U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff Appellee.

James Matthew Wright, Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, Monica F. Markley, U.S. Department of Labor, Newport News, VA, for Defendant Appellant.

ON PETITION FOR REHEARING EN BANC.

(Opinion June 16, 2015, 5th Cir., 2015, 789 F.3d 625)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.